**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Best Western International, Inc., | ) | No. CV 04-1194-PHX-SMM |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| 1496815 Ontario, Inc. et al., | ) ) | |
| Defendants. | ) ) ) | |

Pending before the Court is Defendants 1496815 Ontario, Inc.'s and Bryan Moyle's Motion to Exceed Allotted Pages for Defendants' Motion to Dismiss. (Dkt. 31.) Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Defendants 1496815 Ontario, Inc.'s and Bryan Moyle's Motion to Exceed Allotted Pages for Defendants' Motion to Dismiss. (Dkt. 31.)

**IT IS FURTHER ORDERED** that Defendants' memorandum of points and authorities in support of their Motion to Dismiss may exceed the page limits set forth in LRCivil 7.2(e) but may not exceed twenty-five (25) pages.

DATED this 19th day of June, 2006.

Stephen M. McNamee
United States District Judge