**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Best Western International, Inc., | ) | No. CV 04-1194-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| 1496815 Ontario, Inc. et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pending before the Court is Plaintiff Best Western International Inc.'s Motion to Set a Final Pretrial Conference (Doc. 43).  On or about June 16, 2006, Defendants filed a Motion to Dismiss this case, alleging a lack of jurisdiction.  Following extensive briefing, on March 13, 2007, the Court denied Defendants' Motion to Dismiss.  Accordingly, the Court concludes that it is now appropriate to set a status conference to resolve any outstanding discovery issues that may be pending in the case and establish any remaining pretrial deadlines.

**IT IS HEREBY ORDERED** that the status conference in this case is scheduled for **Tuesday, July 10, 2007 at 4:00 p.m.** before the Honorable Stephen M. McNamee in Courtroom 605, on the sixth floor of the Sandra Day O'Connor United States Courthouse, 401 W. Washington Street, Phoenix, Arizona.

DATED this 3rd day of April, 2007.

Stephen M. McNamee
United States District Judge