**WO**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Best Western International, Inc., | ) | No. CV 04-1194-PHX-SMM |
| | ) | |
| Plaintiff, | ) | NOTICE OF ERRATA |
| | ) | |
| vs. | ) | |
| | ) | |
| 1496815 Ontario, Inc. et al., | ) | |
| | ) | |
| Defendants. | ) | |

On March 13, 2007, the Court entered an Order (Doc. 42) in the above-captioned case denying Defendants' Motion to Dismiss. However, a single word ("no") was inadvertently omitted from footnote 12 of the Order, thereby significantly altering the meaning of the footnote.[1]

Therefore,

**IT IS HEREBY ORDERED** that the language of footnote 12 (Doc. 42) is hereby changed from

Although the Arthur Wishart Act may potentially conflict with American substantive law as it applies to the forum selection clause of the Membership Agreement, the Court finds that there would be conflict as to the trademark issues.

to

Although the Arthur Wishart Act may potentially conflict with American substantive law as it applies to the forum selection clause of the Membership Agreement, the Court finds that there would be **no** conflict as to the trademark issues. (Emphasis added)

DATED this 4th day of April, 2007.

Stephen M. McNamee
United States District Judge

---

[1]This change does not change the outcome of the Court's decision.