**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Best Western International, Inc., | ) | No. CV 04-1194-PHX-SMM |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| 1496815 Ontario, Inc. et al., | ) ) | |
| Defendants. | ) ) ) | |

Having received the Motion for Leave to Withdraw as Counsel and the Motion evidencing compliance with the requirements of LRCiv 83.3(b)(2)(A);

**IT IS HEREBY ORDERED** that Gordon S. Bueler, of Bueler Jones LLP, is permitted to withdraw as counsel of record for Defendant Bryan Moyle in this action.

**IT IS FURTHER ORDERED** that all further communications intended for said Defendant shall be directed to Defendant: Brian Moyle Georgian Inn, 48 Joseph Street, Parry Sound, ON P2A2G5, Canada.

DATED this 23rd day of July, 2007.


Stephen M. McNamee
United States District Judge