**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Best Western International, Inc., | ) | No. CV 04-1194-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| 1496815 Ontario, Inc. et al., | ) | |
| Defendants. | ) | |

Pending before the Court is a Motion to Amend the Order Allowing for Withdrawal of Counsel for Defendant 1496815 Ontario, Inc. Having duly considered the motion and good cause appearing therefor, the Court will **GRANT** the motion.

**IT IS HEREBY ORDERED GRANTING** the Motion to Amend the Order Allowing for Withdrawal of Counsel (Doc. 51).

**IT IS FURTHER ORDERED** that Gordon S. Bueler shall be permitted to withdraw from this matter as counsel for both Defendants Brian Moyle and 1496815 Ontario, Inc, pursuant to LRCiv 83.3(b)(2) of the Rules of Practice of the United States District Court for the District of Arizona.

**IT IS FURTHER ORDERED** that under *Licht v. America West Airlines*, 40 F.3d 1058 (9th Cir. 1994), corporations must appear in court through an attorney. Accordingly, Defendant 1496815 Ontario, Inc. shall have until **September 7, 2007**, to file a notice of appearance of its new counsel with the Court. Failure to secure counsel will result in the

Court striking 1496815 Ontario, Inc's Answer and the entry of default against 1496815 Ontario, Inc.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of this Order to Defendants last known address[1], as well as to Plaintiff.

DATED this 6th day of August, 2007.

Stephen M. McNamee
United States District Judge

---

[1] The last known address for Defendants Brian Moyle and 1496815 Ontario is:
Georgian Inn
48 Joseph Street
Parry Sound, ON P2A2G5, Canada

- 2 -