**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Best Western International, Inc., | ) | No. CV 04-1194-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| 1496815 Ontario, Inc. et al., | ) | |
| Defendants. | ) | |

The Court is in receipt of Mr. Moyle's request wherein he seeks an extension of "at least another two months" to secure new counsel for corporate Defendant 1496815 Ontario, Inc. (Doc. 53)  Despite the fact that Mr. Moyle's request is not in compliance with the Federal or Local Rules of this Court, the Court will treat the request as a Motion for Extension of Time and decide it accordingly.

Having duly considered the motion, the Court finds that these particular circumstances do not give rise to good cause, and therefore do not warrant such an extension.  Since the inception of the case, the Defendant has been represented by counsel until counsel's recent withdrawal.  Moreover, this case has been pending for approximately three years and the Court conducted numerous hearings during that time in an effort to resolve the case.  The Court is mindful that securing counsel in Canada for litigation in the United States is difficult;  however, the Court is certain that further delay will prejudice the Plaintiff.

Under *Licht v. America West Airlines*, 40 F.3d 1058 (9th Cir. 1994), corporations must appear in court through an attorney.  As stated in the Court's previous Order, failure to secure

counsel will result in the Court striking 1496815 Ontario, Inc.'s Answer and the entry of default against 1496815 Ontario, Inc.

Accordingly,

**IT IS HEREBY ORDERED DENYING** Defendants' Motion for an Extension of Time to Secure New Counsel. (Doc. 53).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall strike 1496815 Ontario, Inc.'s Answer and enter default against 1496815 Ontario, Inc.

DATED this 13th day of September, 2007.

Stephen M. McNamee
United States District Judge

- 2 -