**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Best Western International, Inc., | ) | No. CV 04-1194-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| 1496815 Ontario, Inc. et al., | ) | |
| Defendants. | ) | |

This cause came on for trial on the 13th day of December, 2007. Plaintiff appeared and was represented by its attorney, Michael G. Helms. Defendant Bryan Moyle failed to appear or otherwise defend this action and is thereby in default. Default Judgment has previously been entered against defendant 1496815 Ontario, Inc. Evidence was presented by Plaintiff, and the Court finds:

1. The Defendant Bryan Moyle was regularly and duly served and has otherwise previously appeared in this action;

2. Defendant Bryan Moyle has failed to appear at trial of this action, and is thereby in default herein;

3. The allegations contained in Plaintiff's complaint are true and correct;

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that Plaintiff is granted judgment against the Defendant Bryan Moyle, as follows:

(a) On Counts I and II of the Complaint in the amount of $61,885.56 (USD), plus interest thereon at the rate of 1 1/2% per month from and after December 1, 2007, until paid;

(b) On Count III of the Complaint, for liquidated damages in the amount of $229,307.66 (USD);

(c) For Plaintiff's attorney's fees and costs in the amount of $30,645.40.

DATED this 18th day of December, 2007.

_____
Stephen M. McNamee
United States District Judge